UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

HEATHER M. HOFF,

Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

Case No. C25-5098-MLP

ORDER

This matter comes before the Court on Plaintiff's motion for attorney's fees pursuant to 42 U.S.C. § 406(b). (Dkt. # 18.) Based on Plaintiff's motion and the supporting documents, and that opposing counsel has no objection (dkt. # 21), the Court ORDERS that Plaintiff's motion is GRANTED and that attorney fees in the amount of $15,870.59[1] shall be awarded to Plaintiff's attorney, Jeanette Lafoon, pursuant to 42 U.S.C. § 406(b).

The check for fees, minus any applicable processing fees, shall be mailed to Plaintiff's counsel at 410-A South Capitol Way, Olympia, WA. 98501.

[1] The Court previously awarded Equal Access to Justice Act fees, pursuant to 28 U.S.C. § 2412, of $8,864.76. (Dkt. # 17.) However, the entire amount was garnished to pay a child support debt. (Dkt. # 19-1.)

Dated this 19th day of November, 2026.

MICHELLE L. PETERSON
United States Magistrate Judge